No. 282.  CAPUTO ET AL. v. SALZHANDLER.  Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.  *Herbert S. Thatcher* and *George Pollack* for petitioners.  *Burton H. Hall* for respondent.

No. 498.  SHARPE v. MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Juanita Jackson Mitchell* for petitioner.

No. 471, Misc.  SINKS v. UNITED STATES.  Motion to strike supplemental record and portions of memorandum of United States relating thereto denied.  Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.  *Richard J. Flynn* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 448, Misc.  LEE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 710, Misc.  THOMAS v. HOLMAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 596, Misc.  ROMERO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Joseph A. Calamia* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.